UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| RAE L TALLEY | : | |
| SEAN LETTERLOUGH | : | |
|    Debtor(s) | : | CASE NO. 1-07-BK-00995MDF |
| | : | |
| CHARLES J DEHART, III | : | |
| CHAPTER 13 TRUSTEE | : | |
|    Movant | : | |
| | : | |
| vs | : | |
| | : | |
| RAE L TALLEY | : | |
| SEAN LETTERLOUGH | : | |
|    Respondent(s) | : | |

**CERTIFICATE OF DEFAULT**

     AND NOW on February 28, 2008, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a stipulation, wherein the debtor(s) agreed to pay arrears of $3,842.24 within 90 days, in addition to regular monthly payments, and that the debtor(s) has/have defaulted in that stipulation. Specifically, the debtor(s) is/are currently $4,214.72 in arrears. In Accordance with said stipulation, the debtor's case may be dismissed without further notice or hearing.

                                      /s/Charles J DeHart, III, Trustee
                                      Charles J DeHart, III
                                      Standing Chapter 13 Trustee

# CERTIFICATE OF SERVICE

   AND NOW, on February 28, 2008, I, Donna Schott, from the office of Charles J DeHart, III, Trustee, hereby certify that I have served the above Certificate of Default by depositing a true and correct copy of same in the United States Mail, postage prepaid, first class, addressed to the following unless electronically notified:

Rae Talley & Sean Letterlough
3200 Jonagold Drive
Harrisburg, PA 17110

James H Turner, Esquire
4415 North Front Street
Harrisburg, PA 17110

                /s/Donna Schott
                Donna Schott, Assistant for
                Charles J DeHart, III, Trustee