```
                          UNITED STATES BANKRUPTCY COURT
                          MIDDLE DISTRICT PENNSYLVANIA
 IN THE MATTER OF:                                                    PAGE    1

                                           )      CHAPTER 13
                                           )  CASE NO.     10700995 MDF
 RAE L TALLEY                              )
 SEAN LETTERLOUGH                          )     DATE FILED: 04/03/2007
                                           )  DATE CONFIRMED: 07/16/2007
 3200 JONAGOLD DRIVE                       )  DATE CONCLUDED: 06/12/2008
 HARRISBURG, PA  17110          DEBTOR (S) )
                                           )
 ------------------------------------------)


                         STANDING CHAPTER 13 TRUSTEE'S
                                FINAL REPORT
                         DISMISSED AFTER CONFIRMATION


    Pursuant to 11 U.S.C. Section 1302(b)(1) and Rule 2015(2), the Trustee has
  maintained detailed reports of receipts and disbursements which are as follows
 -----------------------------------------  -------------------------------------
                                                Amount       Paid
 Claim Creditor's Name                          Allowed      to Date    Balance Due
 -----------------------------------------  -------------------------------------

 SECURED
 101 PUN COLLECTIONS                           5,343.37         0.00     5,343.37
 104 CONSUMER PORTFOLIO SERVICES                 602.78         0.00       602.78
 105 DAUPHIN COUNTY TAX CLAIM BUREA           1,089.32         0.00     1,089.32
 106 DAUPHIN COUNTY TAX CLAIM BUREA             235.63         0.00       235.63
 107 DAUPHIN COUNTY TAX CLAIM BUREA           5,991.98         0.00     5,991.98
                                                           -------------
                                                                0.00
 PRIORITY
 001 COMMONWEALTH OF PENNSYLVANIA               818.00       790.33        27.67
 002 CAPITAL AREA TAX BUREAU                  4,255.91     4,111.98       143.93
                                                           -------------
                                                            4,902.31
 UNSECURED
 201 COMMONWEALTH OF PENNSYLVANIA                22.74         0.00        22.74
 202 CAPITAL ONE BANK                           449.22         0.00       449.22
 203 CAPITAL ONE BANK                           819.34         0.00       819.34
 204 CAPITAL AREA TAX BUREAU                    323.00         0.00       323.00
 205 NATIONAL CAPITAL MANAGEMENT                119.99         0.00       119.99
 206 ECAST SETTLEMENT CORPORATION               665.48         0.00       665.48
 207 RESURGENT CAPITAL SERVICES                 524.66         0.00       524.66
                                                           -------------
                                                                0.00
```

```
                         UNITED STATES BANKRUPTCY COURT
                         MIDDLE DISTRICT PENNSYLVANIA
 IN THE MATTER OF:                                                   PAGE    2

                                        )    CHAPTER 13
                                        ) CASE NO.     10700995 MDF
 RAE L TALLEY                           )
 SEAN LETTERLOUGH                       )    DATE FILED: 04/03/2007
                                        ) DATE CONFIRMED: 07/16/2007
 3200 JONAGOLD DRIVE                    ) DATE CONCLUDED: 06/12/2008
 HARRISBURG, PA  17110          DEBTOR (S)  )
                                        )
 --------------------------------------------)


                        STANDING CHAPTER 13 TRUSTEE'S
                               FINAL REPORT
                        DISMISSED AFTER CONFIRMATION

    Pursuant to 11 U.S.C. Section 1302(b)(1) and Rule 2015(2), the Trustee has
  maintained detailed reports of receipts and disbursements which are as follows
 ----------------------------------------- ------------------------------------
                                    Amount     Paid
 Claim Creditor's Name               Allowed    to Date       Balance Due
 ----------------------------------------- ------------------------------------

 REFUND TO DEBTOR
 999 **RAE L TALLEY                1,117.44    1,117.44           0.00
                                              ------------
                                                 1,117.44
 DEBTOR ATTORNEY
 000 JAMES H. TURNER, ESQUIRE      2,500.00    2,500.00           0.00
                                              ------------
                                                 2,500.00
 SECURED ARREARAGES
 102 AMERIQUEST MORTGAGE COMPANY      56.51        0.00          56.51
 103 WELLS FARGO BANK             38,694.68        0.00      38,694.68
                                              ------------
                                                     0.00

 ------------------------------------------------------------------------------
    TOTAL RECEIPTS         DISBURSED        TRUSTEE FEES        CASH ON HAND
        8,852.44            8,519.75           332.69               0.00
 ------------------------------------------------------------------------------
```

```
                         UNITED STATES BANKRUPTCY COURT
                         MIDDLE DISTRICT PENNSYLVANIA
IN THE MATTER OF:                                                    PAGE    3

                                          )     CHAPTER 13
                                          ) CASE NO.     10700995 MDF
RAE L TALLEY                              )
SEAN LETTERLOUGH                          )    DATE FILED: 04/03/2007
                                          ) DATE CONFIRMED: 07/16/2007
3200 JONAGOLD DRIVE                       ) DATE CONCLUDED: 06/12/2008
HARRISBURG, PA   17110       DEBTOR (S)   )
                                          )
-----------------------------------------)


                         STANDING CHAPTER 13 TRUSTEE'S
                               FINAL REPORT
                         DISMISSED AFTER CONFIRMATION

WHEREFORE, the Trustee prays that a Final Decree be entered discharging him/her
as Trustee and releasing the Trustee and the Trustee's surety from any and all
liability on account of the within proceedings, and closing the estate, and for
such other relief as is just.
Pursuant to FRBP 5009, I certify the case has been fully administered.



                                    ------------------------------------
                                    CHARLES J. DEHART, III

                                    PO BOX 410
                                    HUMMELSTOWN, PA   17036




PRINTED   06/12/08
```